UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE SLOAN,

           Petitioner,

   v.

STATE OF WASHINGTON,

           Respondent.

CASE NO. 2:23-cv-00124-RAJ-JRC

ORDER TO SHOW CAUSE

Petitioner George Sloan filed a proposed § 2254 habeas petition and an application to proceed *in forma pauperis* ("IFP"). Dkts. 1, 6. Petitioner's IFP application indicates that he has a balance of $585.27 in his King County Jail account and that he has received multiple deposits to that account ranging from $96.00 to $150.00 over the last several months. Dkt. 6 at 3. Petitioner also states that a relative has submitted the $5.00 filing fee to the Court; however, to date, the Court has no record of this payment. *See* Dkts. 4, 5. Because it appears that petitioner may have funds sufficient to pay the $5.00 filing fee, he should do so or provide the Court with an explanation of why he cannot.

Accordingly, petitioner is ordered to show cause why his IFP application should not be denied on or before April 7, 2023. In the alternative, petitioner may pay the $5.00 filing fee before that date. Failure to show cause or pay the amount shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this case.

Dated this 10th day of March, 2023.

*J. Richard Creatura* (signature)

J. Richard Creatura
United States Magistrate Judge