UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE SLOAN,

                Petitioner,

    v.

STATE OF WASHINGTON,

                Respondent.

CASE NO. 2:23-cv-00124-RAJ-JRC

ORDER DENYING MOTION TO COMPEL

Before the Court is petitioner's motion to compel body cam footage. Dkt. 12. In the motion, petitioner requests the Court direct the Seattle Police Department to provide petitioner with body camera footage of one of its officers. *Id*. Because respondent has not yet filed a response to the habeas petition in this matter, petitioner's motion (Dkt. 12) is premature and denied without prejudice.

Dated this 30th day of March, 2023.

J. Richard Creatura
United States Magistrate Judge