UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE SLOAN,

           Petitioner,

  v.

ALLEN NANCE,

           Respondent.

CASE NO. 2:23-cv-00124-RAJ-GJL

ORDER DIRECTING SUPPLEMENTAL BRIEFING

The District Court has referred this action to United States Magistrate Judge Grady J. Leupold. Petitioner George Sloan, proceeding *pro se*, initiated this case on January 19, 2023, by filing a proposed federal habeas Petition pursuant to 28 U.S.C. § 2254. *See* Dkt. 1. In the Petition, Petitioner challenges his 2023 conviction in King County, Washington. *Id*.

On March 30, 2023, the Court directed the Clerk's Office to serve the Petition on Respondent and directed Respondent to file a response regarding only whether Petitioner had exhausted his state court remedies. Dkt. 15. On April 14, 2023, Respondent filed an Answer indicating that Petitioner had not yet filed state appeals on his federal claims. Dkt. 20.

On May 17, 2023, Petitioner filed a "Notice of State Remedies Denied to Petitioner." Dkt. 23. In the Notice, Petitioner states he has been denied access to the state corrective process and, therefore, has not been able to properly exhaust his state court remedies. *Id*. Respondent has not replied to the Notice. *See* Dkt.

Upon consideration of the Petition, Answer thereto, and Petitioner's Notice, the Court finds it appropriate to direct further briefing on the Petition. Thus, it is hereby **ORDERED** that:

1) The Clerk is directed to change the Notice of State Remedies Denied to Petitioner (Dkt. 23) to a Reply to the Answer (Dkt. 20).
2) Respondent is directed to file a supplemental Answer and the relevant state court record on or before June 20, 2023.
3) Petitioner may file any Reply to the supplemental Answer on or before July 10, 2023.
4) The Clerk is directed to renote the Response (Dkt. 20) to July 14, 2023.

Dated this 6th day of June, 2023.

Grady J. Leupold
United States Magistrate Judge

ORDER DIRECTING SUPPLEMENTAL BRIEFING - 2