UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEORGE SLOAN,

          Petitioner,

   v.

DEAN MASON,

          Respondent.

CASE NO. 23-124 RAJ-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's "Gamesmanship and Civil Conspiracy Motion" (Dkt. 31) is denied.

(3) Petitioner's federal habeas petition is dismissed without prejudice.

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1

(4) A certificate of appealability is denied in this case.

(5) (The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. Grady J. Leupold.

**DATED** this 16th of August, 2023

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2